IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE SOULIOTES,** <br><br> Petitioner, <br><br> v. <br><br> **JAMES E. TILTON, et al.,** <br><br> Respondent. | 1:06-cv-0667 OWW WMW HC <br><br> **ORDER GRANTING ENLARGEMENT OF TIME WITHIN WHICH TO FILE A RESPONSE TO PETITIONER'S OPPOSITION TO MOTION TO DISMISS AND MOTION TO STAY** |

IT IS HEREBY ORDERED that the application for first enlargement of time within which to file a reply to Petitioner's opposition to motion to dismiss the petition for writ of habeas corpus be granted, enlarging by thirty (30) additional days the time for Respondent to file a responsive pleading, allowing Respondent to and including September 24, 2007, to file such pleading.

Dated: __8/24/2007_____      ___/s/ Oliver W. Wanger_____
                                          The Honorable Oliver W. Wanger

[Proposed] Order

1