IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE SOULIOTES,**  )<br>    )<br>    Petitioner,  )<br>    )<br>vs.  )<br>    )<br>    )<br>**JAMES E. TILTON,**  )<br>    )<br>    Respondent.  )<br>    )<br>    )<br>_____ ) | **1:06-cv-0667 OWW WMW HC**<br><br>**ORDER RE RESPONDENT'S MOTION TO CORRECT CLERICAL ERROR**<br><br>[Doc. 38] |

    Petitioner is a prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On March 20, 2008, the court entered judgment in this matter. On March 24, 2008, Respondent filed a motion to correct clerical errors pursuant to Rule 60(a), Federal Rules of Civil Procedure. On April 8, 2008, Petitioner filed an opposition.

    Petitioner opposes Respondent's motion on the ground that Respondent did not set the matter for hearing before the court, and requests that the court deny the motion on that basis. Motions under Rule 60(a) for relief from judgment based on a clerical mistake are generally not set for hearing. This is demonstrated by the fact that under the rule, clerical

mistakes "arising from oversight or omission may be corrected by the court <u>at any time</u> of its own initiative or on the motion of any party and after such notice, <u>if any</u>, as the court orders. (Emphasis added.)  Accordingly, the court declines to deny Respondent's motion on the ground that it was not set for hearing.

Respondent having made no substantive objection to Respondent's motion, the Memorandum Opinion and Order Re Respondent's Motion to Dismiss Petition for Writ of Habeas Corpus entered March 20, 2008, is HEREBY CORRECTED as follows:

1) on page two, line seven, "October 22, 2002," is deleted and "October 16, 2002," is inserted instead;

3) on page five, line eleven, "writ of habeas corpus" is deleted and "writ of certiorari" is inserted instead.

IT IS SO ORDERED.

**Dated:   April 10, 2008**                          **/s/ Oliver W. Wanger**
                                                     UNITED STATES DISTRICT JUDGE

2