1
2
3
4
5
6
7
8
9

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10
11
12  GEORGE SOULIOTES,                     )    1:06-cv-00667 OWW MJS HC
                                         )
13                  Petitioner,          )    ORDER GRANTING RESPONDENT'S
                                         )    REQUEST FOR AUTHORIZATION TO
14         v.                            )    USE VIDEOCONFERENCING
                                         )    FACILITIES
15  ANTHONY HEDGPETH, Warden,            )
                                         )
16                  Respondent.          )
    _____ )
17
18         On July 19, 2011, Respondent filed a request for authorization to use Court

19  videoconferencing facilities to conduct the deposition of an out-of-state witness. (Req., ECF

20  No. 65.) Petitioner filed a response to the request on July 20, 2011. (Resp., ECF No. 66.)

21  Petitioner does not object to Respondent's use of the videoconferencing facilities, but

22  expresses  concerns about potential logistical issues relating to the use of exhibits and the

23  date and time of the deposition.

24         The Court hereby grants Respondent authorization to use the videoconferencing

25  facilities In the Training Room, Room No. 6342, on the sixth floor of the United States District

26  Court in Fresno, California, for the conduct of the deposition of the specified out-of-state

27  witness on a date and in a manner to be agreed between the parties.

28         The parties are directed to  meet and confer to resolve logistical and other issues.  If

1    Magistrate Judge assistance is required, it is to be sought via telephonic dispute resolution

2    conference arranged by contacting Career Clerk Jeremy Clar.  Mr. Clar may be contacted at

3    559-499-5799 or by e-mail at: jclar@caed.uscourts.gov. Neither the videoconferencing or any

4     related  dispute or conference may be scheduled or conducted in such a way as to delay the

5    scheduled evidentiary hearing.

6         It will be Respondent's responsibility to coordinate videoconferencing use with

7    Petitioner, the out-of-state facility and the witness and to ensure that the videoconferencing

8    equipment functions properly. Respondent is strongly advised to test the equipment prior to

9    use. The court will not be able to provide technical assistance.

10        Respondent shall notify all parties and the Court (via Career Clerk Jeremy Clar) of the

11   specific date and times when the videoconferencing equipment is to be used and coordinate

12   use of the facilities with Mr. Clar.

13        THEREFORE, for the reasons,  in the manner and subject to the limitations discussed

14   above, Respondent's request to use the videoconferencing facilities of the United States

15   District Court is hereby GRANTED.

16

17

18

19   IT IS SO ORDERED.

20   Dated:   July 22, 2011              /s/ _Michael J. Seng_

21                                    UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26

27

28

U.S. District Court
E. D. California