**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GEORGE SOULIOTES,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>JAMES E. TILTON, et al.,<br><br>　　　　　　　　Defendant.<br>_____/ | CASE NO. 1:06-cv-00667-OWW-MJS HC<br><br>**ORDER VACATING WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT GEORGE A. SOULIOTES, CDCR #T01755** |

　　　　On June 28, 2011, the Court issued an Order and Writ of Habeas Corpus ad Testificandum commanding the custodian to produce inmate **George A. Souliotes**, **CDCR# T01755**, in Courtroom #6, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on August 23, 2011, at 8:00 a.m. On August 17, 2011, the Ninth Circuit issued a ruling in the present matter. In light of the ruling, the District Court VACATED the Evidentiary Hearing set for August 23, 2011. Accordingly, the Court hereby VACATES its order issuing the Writ of Habeas Corpus Ad Testificandum. The Warden shall not transfer Mr. Souliotes to the United States Courthouse on August 23, 2011.

　　　　**ACCORDINGLY, IT IS ORDERED that:**

　　　　1.  The Writ of Habeas Corpus ad Testificandum his hereby VACATED. The Warden **shall not** transport inmate **George A. Souliotes** to the United States Courthouse on August 23, 2011.

IT IS SO ORDERED.

Dated:　August 19, 2011　　　　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE