JIMMY S. MCBIRNEY (STATE BAR NO. 259830)
MEGAN CRANE (STATE BAR NO. 269321)
SHANNON LEONG (STATE BAR NO. 268612)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   (415) 773-5700
Facsimile:    (415) 773-5759

THOMAS S. MCCONVILLE (STATE BAR NO. 155905)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main St., Suite #1100
Irvine, CA 92614
Telephone:   (949) 567-6700
Facsimile:    (949) 567-6710

LINDA STARR (STATE BAR NO. 118789)
CHARLES PRESS (STATE BAR NO. 164190)
MAITREYA BADAMI (STATE BAR NO. 173241)
NORTHERN CALIFORNIA INNOCENCE PROJECT at
SANTA CLARA UNIVERSITY SCHOOL OF LAW
900 Lafayette Street, Suite 105
Santa Clara, CA  95050
Telephone:   (408) 554-1945
Facsimile:    (408) 554-5440

Attorneys for Petitioner
GEORGE A. SOULIOTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. SOULIOTES,<br><br>            Petitioner,<br><br>     v.<br><br>ANTHONY HEDGPETH, Warden, Salinas Valley State Prison, *et al.*,<br><br>            Respondents. | Case No. 1:06-CV-00667-OWW-MJS (HC)<br><br>**STIPULATION AND ORDER EXTENDING DATE FOR EXPERT REPORT DISCLOSURES** |

WHEREAS, Respondent has informed Petitioner that Respondent's expert's report is not yet complete, and Respondent is presently unable to determine the anticipated completion date;

WHEREAS, Petitioner believes he would be prejudiced by disclosing his expert reports prior to completion of Respondent's expert's report;

WHEREAS, the parties seek to work cooperatively and to ensure that all witnesses and evidence have a fair opportunity to be heard while also adhering to the Court's scheduling order and the Ninth Circuit's requirement for "expedited proceedings";

NOW THEREFORE, the parties stipulate that:

(1) The parties shall file amended Expert Witness Disclosures in full compliance with Fed. R. Civ. Proc. 26(a)(2)(B), including written expert reports for each disclosed expert, on or before **Tuesday, December 6, 2011**.

(2) The parties expressly reserve their respective rights to seek all remedies, including exclusion of expert witnesses, for all experts not properly disclosed on or before **Tuesday, December 6, 2011**, as set forth in this stipulation.

SO STIPULATED.

Dated:   December 1, 2011    Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP
NORTHERN CALIFORNIA INNOCENCE PROJECT


By:   */s/ Jimmy S. McBirney*
JIMMY S. MCBIRNEY
Attorneys for Petitioner George A. Souliotes


Dated:   December 1, 2011    Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California


By:   */s/ Kathleen A. McKenna*
KATHLEEN A. MCKENNA
Supervising Deputy Attorney General
Attorneys for Respondent

- 1 -

STIPULATION AND ORDER EXTENDING DATE FOR EXPERT REPORT DISCLOSURES
CASE NO. 1:06-CV-00667-OWW-MJS (HC)

**ORDER**

IT IS SO ORDERED.

Dated:   December 2, 2011          /s/ *Michael J. Seng*
                                  UNITED STATES MAGISTRATE JUDGE