# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SOULIOTES, | CASE NO. 1:06-cv-00667-AWI-MJS HC |
| Plaintiff, | **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT GEORGE A. SOULIOTES, CDCR #T01755** |
| v. | |
| JAMES E. TILTON, et al., | DATE: JANUARY 24, 2012<br>TIME: 8:00 A.M. |
| Defendant. | DURATION OF PROCEEDINGS: 3-5 DAYS |

Inmate **George A. Souliotes**, **CDCR# T01755**, a necessary and material witness in proceedings in this case on January 24, 2012, is confined at Salinas Valley State Prison, 31625 Highway 101, Soledad, California, 93960, in the custody of the Warden Anthony Hedgpeth. In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Courtroom #6, 7th Floor, United States Courthouse, 2500 Tulare Street, Fresno, California on January 24, 2012, at 8:00 a.m. Petitioner is to be present for the entirely of the hearing, which is scheduled to last between three (3) to five (5) days.

### ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To the Warden of Salinas Valley State Prison**:

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day thereafter until completion of the proceedings, or as ordered by the court; and thereafter to return the inmate to the above institution.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: December 13, 2011       /s/ *Michael J. Seng*
                               UNITED STATES MAGISTRATE JUDGE