JIMMY S. MCBIRNEY (STATE BAR NO. 259830)
MEGAN CRANE (STATE BAR NO. 269321)
SHANNON LEONG (STATE BAR NO. 268612)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:     (415) 773-5700
Facsimile:      (415) 773-5759

THOMAS S. MCCONVILLE (STATE BAR NO. 155905)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main St., Suite #1100
Irvine, CA 92614
Telephone:     (949) 567-6700
Facsimile:      (949) 567-6710

LINDA STARR (STATE BAR NO. 118789)
CHARLES PRESS (STATE BAR NO. 164190)
MAITREYA BADAMI (STATE BAR NO. 173241)
NORTHERN CALIFORNIA INNOCENCE PROJECT at
SANTA CLARA UNIVERSITY SCHOOL OF LAW
900 Lafayette Street, Suite 105
Santa Clara, CA  95050
Telephone:     (408) 554-1945
Facsimile:      (408) 554-5440

Attorneys for Petitioner
GEORGE A. SOULIOTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. SOULIOTES,<br><br>        Petitioner,<br><br>    v.<br><br>ANTHONY HEDGPETH, Warden, Salinas Valley State Prison, *et al.*,<br><br>        Respondents. | Case No. 1:06-CV-00667-OWW-MJS (HC)<br><br>**STIPULATION AND ORDER REGARDING UNDISPUTED FACTS** |

1  WHEREAS, on January 4, 2011, the parties filed a Joint Pretrial Statement containing a statement of undisputed facts agreed to by the parties;

WHEREAS, on January 6, 2011, the parties attended a pretrial conference with the Honorable Magistrate Judge Seng in chambers, at which Judge Seng expressed a desire to ensure that the record contain sufficient evidence of each undisputed fact to satisfy a reviewing court;

WHEREAS, the parties seek to satisfy the Court's concern while minimizing the length of the hearing and number of witnesses, avoiding unnecessary or duplicative evidence, and limiting the scope of the hearing to matters genuinely in dispute;

NOW THEREFORE, the parties stipulate that:

The record in this case, including the expert reports filed with the Court and the deposition transcripts designated by the parties, contains sufficient evidence to support the sixteen undisputed facts listed in the "Undisputed Facts" section of the Joint Pretrial Statement submitted on Jan. 4, 2012, Docket Number 108.  These facts should therefore be accepted as true, and the parties need not present additional evidence or testimony in support of them at the evidentiary hearing scheduled to begin on January 24, 2012.

SO STIPULATED.

Dated:  January 8, 2012      Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP
NORTHERN CALIFORNIA INNOCENCE PROJECT


By:   */s/ Jimmy S. McBirney*
JIMMY S. MCBIRNEY
Attorneys for Petitioner George A. Souliotes


Dated:  January 8, 2012      KAMALA D. HARRIS
Attorney General of California


By:   */s/ Kathleen A. McKenna*
KATHLEEN A. MCKENNA
Supervising Deputy Attorney General
Attorneys for Respondent

- 1 -  STIPULATION AND PROPOORDER REGARDING UNDISPUTED FACTS
CASE NO. 1:06-CV-00667-OWW-MJS (HC)

**ORDER**

Reserving to itself the ultimate issues of admissibility and weight to be given to the evidence, the Court approves the Stipulation.

IT IS SO ORDERED.

Dated:   January 9, 2012            /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE