JIMMY S. MCBIRNEY (STATE BAR NO. 259830)
MEGAN CRANE (STATE BAR NO. 269321)
SHANNON LEONG (STATE BAR NO. 268612)
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:    (415) 773-5700
Facsimile:     (415) 773-5759

THOMAS S. MCCONVILLE (STATE BAR NO. 155905)
ORRICK, HERRINGTON & SUTCLIFFE LLP
2050 Main St., Suite #1100
Irvine, CA 92614
Telephone:    (949) 567-6700
Facsimile:     (949) 567-6710

LINDA STARR (STATE BAR NO. 118789)
CHARLES PRESS (STATE BAR NO. 164190)
MAITREYA BADAMI (STATE BAR NO. 173241)
NORTHERN CALIFORNIA INNOCENCE PROJECT at
SANTA CLARA UNIVERSITY SCHOOL OF LAW
900 Lafayette Street, Suite 105
Santa Clara, CA  95050
Telephone:    (408) 554-1945
Facsimile:     (408) 554-5440

Attorneys for Petitioner
GEORGE A. SOULIOTES

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE A. SOULIOTES,<br><br>            Petitioner,<br><br>    v.<br><br>ANTHONY HEDGPETH, Warden, Salinas Valley State Prison, *et al.*,<br><br>            Respondents. | Case No. 1:06-CV-00667-OWW-MJS (HC)<br><br>**STIPULATIONS AND ORDER** |

WHEREAS, the Court's Pre-Hearing Order of January 10, 2012 instructed the parties to submit stipulations regarding evidence and exhibits;

WHEREAS, the parties seek to comply with the Court's Order, minimize disputes and uncertainty, and avoid the need for unnecessary authentication witnesses at the evidentiary hearing set to begin on January 24, 2012;

NOW THEREFORE, the parties stipulate that:

1. The exhibits contained on the parties Joint Exhibit List, marked J-I through J-XLIX, shall be deemed admitted into evidence for all purposes.

2. The parties stipulate to the authenticity of the exhibits contained on Petitioner's Exhibit List, marked P-1 through P-12, and Respondent's Exhibit List, marked R-1 through R-7.  The parties further stipulate that these exhibits shall not be objected to on the grounds that they did not appear on the parties' January 4, 2012 Joint Pretrial Statement.  The parties expressly reserve their respective rights to object to the admissibility of these exhibits on any other grounds.

3. The parties may cite freely to the trial record, which has previously been lodged with the Court pursuant to Respondent's unopposed October 28, 2011 Request for Expansion of the Record, throughout the evidentiary hearing.

4. The parties may cite freely to all deposition testimony of any deponent that will testify live at the evidentiary hearing, so long as the original certified transcript of the deposition has been lodged with the Court pursuant to the Pre-Hearing Order.

///
///
///
///
///
///
///
///
///

5. All experts designated by the parties as expert witnesses on their respective December 1, 2011 expert witness disclosures are deemed qualified to give expert testimony regarding the subject matter addressed in their reports. The parties reserve the right to examine all experts regarding specific qualifications listed or omitted from their respective reports, and to challenge their competence and reliability in providing any offered opinion. Such challenges shall go to the weight, but not the admissibility, of the expert's testimony.

**SO STIPULATED.**

Dated: January 20, 2012   Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP
NORTHERN CALIFORNIA INNOCENCE PROJECT


By:   */s/ Jimmy S. McBirney*
JIMMY S. MCBIRNEY
Attorneys for Petitioner George A. Souliotes

Dated: January 20, 2012   KAMALA D. HARRIS
Attorney General of California


By:   */s/ Kathleen A. McKenna*
KATHLEEN A. MCKENNA
Supervising Deputy Attorney General
Attorneys for Respondent

**ORDER**

IT IS SO ORDERED.

Dated:   January 21, 2012         /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE