# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE SOULIOTES,<br><br>　　　　Petitioner,<br><br>　v.<br><br>ANTHONY HEDGPETH, Warden,<br><br>　　　　Respondent.<br>_____/ | CASE NO. 1:06-cv-00667-AWI-MJS (HC)<br><br>NOTICE AND ORDER THAT GEORGE SOULIOTES CDCR# T01755, IS NO LONGER NEEDED AS WITNESS IN THESE PROCEEDINGS, AND THE WRIT OF HABEAS CORPUS AD TESTIFICANDUM IS DISCHARGED |

　　Inmate witness George Souliotes CDCR# T01755, is no longer needed by the Court as a witness in these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: January 26, 2012　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1