1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GEORGE SOULIOTES, | ) | 1:06-cv-00667 AWI MJS HC |
| | ) | |
| Petitioner, | ) | ORDER CLOSING CASE |
| | ) | |
| v. | ) | [Doc. 199] |
| | ) | |
| RANDY GROUNDS, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| ——————————————— | ) | |

On April 12, 2013, the Court granted Petitioner's petition for writ of habeas corpus, and ordered the State to retry Petitioner or release him within ninety (90) days. On July 15, 2013, Petitioner filed notice with the Court that the parties entered into a plea agreement in which Petitioner plead guilty to three counts of involuntary manslaughter and was released from prison on July 3, 2013. Having granted Petitioner the relief requested, and in light of the fact that Petitioner's original convictions of arson and first degree murder have been vacated, the Court cannot provide Petitioner any further relief. The matter is hereby ordered CLOSED.

///
///
///
///
///
///

1

## <u>ORDER</u>

Accordingly, IT IS HEREBY ORDERED that:

1. The instant matter is hereby CLOSED;

2. Any pending motions are denied as MOOT; and

3. The Clerk of Court is DIRECTED to close the case.

IT IS SO ORDERED.

Dated:   July 23, 2013   _____

                               SENIOR  DISTRICT  JUDGE