IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GEORGE SOULIOTES,**<br><br>                                         Petitioner,<br><br>v.<br><br>**RANDY GROUNDS, Warden,**<br><br>                                         Respondent. | 1:06-cv-00667 AWI MJS HC<br><br>**ORDER CORRECTING CLERICAL MISTAKE** |

On July 23, 2013, the Court issued an order closing the matter. (Order, ECF No. 203.) On July 31, 2013, Petitioner filed a notice of clerical mistake, explaining that the order incorrectly stated that Petitioner had plead guilty to three counts of involuntary manslaughter, when Petitioner had plead no contest to the counts. (Notice, ECF No. 205.) Petitioner's request to correct the clerical error is GRANTED. The order closing the matter is WITHDRAWN. The Court shall issue an amended order closing the case.

IT IS SO ORDERED.

Dated:   October 2, 2013                              _____
                                                                              SENIOR DISTRICT JUDGE