IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**GEORGE SOULIOTES,**

        Petitioner,

v.

**RANDY GROUNDS, Warden,**

        Respondent.

1:06-cv-00667 AWI MJS HC

**AMENDED ORDER CLOSING CASE**

On April 12, 2013, the Court granted Petitioner's petition for writ of habeas corpus, and ordered the State to retry Petitioner or release him within ninety (90) days. On July 15, 2013, Petitioner filed notice with the Court that the parties entered into a plea agreement in which Petitioner plead no contest to three counts of involuntary manslaughter and was released from prison on July 3, 2013. Having granted Petitioner the relief requested, and in light of the fact that Petitioner's original convictions of arson and first degree murder have been vacated, the Court cannot provide Petitioner any further relief. The matter is hereby ordered CLOSED.

IT IS SO ORDERED.

Dated:   October 2, 2013

                      SENIOR DISTRICT JUDGE